1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | JAMES R. CONOLLY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |

**FILED**

Sep 17, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 | Attorneys for Plaintiff
United States of America
7 |

# SEALED

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | IN THE MATTER OF THE SEARCH OF:

12 | Hyundai SUV, with CA license plate 8UXX035
and VIN KM8JU3AC1CU441924

13 |

14 |

CASE NO.   2:21-sw-0733 AC

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS

**UNDER SEAL**

15 |

16 | **SEALING ORDER**

17 |        Upon application of the United States of America and good cause having been shown,

18 |        IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 | search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 | any person, unless otherwise ordered by this Court.

21 |

22 |  Dated:   September 17, 2021

*allison Clare*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

23 |

24 |

25 |

26 |

27 |

28 |

[PROPOSED] SEALING ORDER